| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:04CR54-002/RV |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1: 0 7 CR 0 0 0 0 1 AWI |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Melissa C. Chairez Eastern District of California | DISTRICT Florida Northern | DIVISION Pensacola, FL |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/12/2006  TO 12/11/2009 |

**OFFENSE**

Counts 1-65: Bank Fraud, 18 U.S.C. §§ 1344 and 2
Count 117: Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(a)(1) and (h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/21/06
*Date*

*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-3-07
*Effective Date*

OFFICE OF CLERK
U.S. DISTRICT
NORTHERN...

*United States District Judge*

07 JAN 11 PM 3: 57

FILED